# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : CASE NO. 2:22-cr-76 |
| v. | : CHIEF JUDGE ALGENON L. MARBLEY |
| TRISTAN JAVON SWANSON, | : |
| Defendant. | : |

## ORDER

This matter is before the Court on Defendant's Unopposed Motion to Continue the Change of Plea Hearing. (ECF No. 57). Defendant seeks to continue his March 9, 2023, change of plea hearing as his counsel will be out of town. (*Id.*). The Government does not oppose the request. Pursuant to Fed. R. Crim. P. 32(b)(2), and for good cause shown, Defendant's Unopposed Motion to Continue Change of Plea Hearing is **GRANTED**. The change of plea hearing is now set for **April 14, 2023 at 11:30 a.m.**

**IT IS SO ORDERED.**

ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE

**DATED: March 7, 2023**